# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RUSSELL HOLLIDAY,**
ADC # 171511                                                             **PETITIONER**

VS.                  No. 4:23-CV-00418-BRW-ERE

**DEXTER PAYNE,**
Director Arkansas Division of Correction                       **RESPONDENT**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects.

Accordingly, the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (*Doc. 1)* is DENIED, and pursuant to the judgment entered with this order, this case is DISMISSED, WITHOUT PREJUDICE.

A Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

IT IS SO ORDERED this 11th day of July, 2023.

                                                    Billy Roy Wilson_____
                                                    UNITED STATES DISTRICT JUDGE